UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Marcia Y. Phillips, Esq.
430 Exton Square Parkway, Ste 1568
Exton PA 19341
Tel: 856-282-1100
Fax: 888-303-2922
Email: theladyphillips@gmail.com
Attorney for Robin L. Parkerson

In Re:

Robin L. Parkerson, debtor

Case No.: 23-16769

Judge: JNP

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Robin L. Parkerson_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on ___April 17, 2024 @ 10am.___ .

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.  If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 4-10-2024                                  /s/ Robin L. Parkerson
                                                  Signature of Debtor

DATED: _____                           _____
                                                  Signature of Joint Debtor

new.5/23/06;jml