UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marcia Y. Phillips, Esq.
430 Exton Square Parkway, Ste 1568
Exton, PA 19341
Tel: 856-282-1100
Fax: 888-303-2922
Email: theladyphillips@gmail.com
Attorney for Robin L. Parkerson

In Re:

Robin L. Parkerson, Debtor

Case No.: 23-16769

Chapter: 13

Adv. No.: _____

Hearing Date: 4-17-2024 @ 10am

Judge: JNP

# CERTIFICATION OF SERVICE

1. I, __Marcia Y. Phillips, Esq.__:

   ☒ represent __Debtor Robin L. Parkerson__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __8/7/2023 & 4-11-2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Midland Credit Management, Bank of America, Discover Bank, TD Bank NA, Petro Inc., Virtua W. Jersey Health copies of the plan and the intention to strip any judgments or liens

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4-11-2024

/s/ Marcia Y. Phillips, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Midland Credit Management, Inc.<br>2365 Northside Drive Suite 300<br>San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank, NA<br>1701 Route 70 East<br>Cherry Hill, NJ 08034 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Petrol Home Services<br>1000 Woodbury Road, Suite 110<br>Woodbury, NY 11797 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Virtua West Jersey Health Sys<br>100 Bowman Dr<br>Voorhees, NJ 08043-9612 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*