Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−16769−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin L Parkerson
   aka ROBBIN PARKERSON
   336 Hudson Street
   Gloucester City, NJ 08030−1401

Social Security No.:
   xxx−xx−7752

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2024.

Dated: July 18, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robin L Parkerson  
    Debtor

Case No. 23-16769-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 4
Date Rcvd: Jul 18, 2024 | Form ID: plncf13 | Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robin L Parkerson, 336 Hudson Street, Gloucester City, NJ 08030-1401 |
| 519991527 | + | CAMDEN COUNTY SUPERIOR COURT, Civil Division - Special Part, 101 South 5th Street, Camden, NJ 08103-4001 |
| 519991528 | | Capital One Bank USA N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520032402 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 519991551 | + | Petrol Home Services, 1000 Woodbury Road, Suite 110, Woodbury, NY 11797-2530 |
| 519991564 | | Virtua West Jersey Health Sys, 100 Bowman Dr, Voorhees, NJ 08043-9612 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519991526 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2024 20:53:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519996420 | | Email/Text: BKPT@cfna.com | Jul 18 2024 20:53:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 519991529 | ^ | MEBN | Jul 18 2024 20:54:41 | Capital One N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519991531 | | Email/Text: BKPT@cfna.com | Jul 18 2024 20:53:00 | Cfna/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 519991530 | | Email/Text: BKPT@cfna.com | Jul 18 2024 20:53:00 | Cfna/Credit First Natl Assoc, PO Box 81315, Cleveland, OH 44181-0315 |
| 519991532 | ^ | MEBN | Jul 18 2024 20:54:07 | Citibank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519991536 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519991535 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 519991538 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519991537 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 20:54:00 | Comenity Bank/Kingsize, PO Box 182789, Columbus, OH 43218-2789 |
| 519995287 | | Email/Text: mrdiscen@discover.com | Jul 18 2024 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519991539 | | Email/Text: mrdiscen@discover.com | | |

Case 23-16769-JNP    Doc 25    Filed 07/20/24    Entered 07/21/24 00:16:50    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: plncf13 | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| 519991540 | Email/Text: mrdiscen@discover.com | Jul 18 2024 20:53:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520052789 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 18 2024 20:53:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519991541 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2024 20:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520006923 | + Email/Text: RASEBN@raslg.com | Jul 18 2024 21:04:13 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| | | Jul 18 2024 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520048807 | Email/Text: BNCnotices@dcmservices.com | Jul 18 2024 20:54:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519998946 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:04:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519991544 | Email/Text: camanagement@mtb.com | Jul 18 2024 20:54:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 519991545 | Email/Text: camanagement@mtb.com | Jul 18 2024 20:54:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 519991547 | Email/Text: camanagement@mtb.com | Jul 18 2024 20:54:00 | M&T Bank, Attn: Bankruptcy, PO Box 900, Millsboro, DE 19966-0900 |
| 520042421 | Email/Text: camanagement@mtb.com | Jul 18 2024 20:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519991546 | Email/Text: camanagement@mtb.com | Jul 18 2024 20:54:00 | M&T Bank, Attn: Bankruptcy, PO Box 619063, Dallas, TX 75261-9063 |
| 519991548 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 20:55:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 519991549 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 20:55:00 | Midland Credit Management, Inc., 2365 Northside Drive Sutie 300, San Diego, CA 92108-2710 |
| 520037143 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519991550 | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2024 20:55:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520053178 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2024 20:53:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 519991554 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2024 20:53:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 519991556 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 21:16:48 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520049302 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 21:16:33 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 520049743 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 21:16:58 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519991557 | Email/Text: signed.order@pfwattorneys.com | Jul 18 2024 20:53:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 519991555 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 21:04:19 | Portfolio Recov Assoc, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520019055 | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 20:54:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 23-16769-JNP   Doc 25   Filed 07/20/24   Entered 07/21/24 00:16:50   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: plncf13 | Total Noticed: 50 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519991558 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 21:04:47 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 519991560 | | Email/Text: bkfilings@zwickerpc.com | Jul 18 2024 20:55:00 | Synchrony Bank, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519991559 | ^ MEBN | | Jul 18 2024 20:54:01 | Synchrony Bank, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520053797 | | Email/Text: bncmail@w-legal.com | Jul 18 2024 20:54:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 519991563 | | Email/Text: bankruptcy@td.com | Jul 18 2024 20:55:00 | TD Bank, NA, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 519991561 | | Email/Text: bncmail@w-legal.com | Jul 18 2024 20:54:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519991562 | | Email/Text: bncmail@w-legal.com | Jul 18 2024 20:54:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519991533 | | Citibank N.A. Best Buy |
| 519991553 | | Cleveland, OH 44101 |
| 519991534 | | Greenville, SC 29601 |
| 519991543 | | Greenville, SC 29601 |
| 519991542 | | Lvnv Funding LLC |
| 519991552 | | Pnc Financial |
| 520037431 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 18, 2024 | Form ID: plncf13 | Total Noticed: 50 |

Marcia Y. Phillips
    on behalf of Debtor Robin L Parkerson Theladyphillips@gmail.com
    theladyjustice.phillips@gmail.com;phillips.marciay.b123393@notify.bestcase.com;phillips.marcia.b123393@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5