Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-16769 (JNP)

Robin L. Parkerson  
336 Hudson Street  
Gloucester City, NJ  08030-1401

Monthly Payment: $1,320.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $1,320.00 | 02/01/2024 | $1,320.00 | 03/04/2024 | $1,320.00 | 04/01/2024 | $1,320.00 |
| 05/02/2024 | $1,320.00 | 05/30/2024 | $1,320.00 | 07/01/2024 | $1,320.00 | 07/31/2024 | $1,320.00 |
| 08/30/2024 | $1,320.00 | 10/01/2024 | $1,320.00 | 11/01/2024 | $1,320.00 | 12/03/2024 | $1,320.00 |
| 12/31/2024 | $1,320.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBIN L. PARKERSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARCIA Y. PHILLIPS, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY SUPERIOR COURT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CREDIT FIRST, N.A. | 33 | $661.90 | $188.11 | $473.79 | $0.00 |
| 6 | CFNA/CREDIT FIRST NATL ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | LVNV FUNDING, LLC | 33 | $439.02 | $124.77 | $314.25 | $0.00 |
| 9 | CLEVELAND, OH 44101 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $1,345.47 | $382.38 | $963.09 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $869.19 | $247.02 | $622.17 | $0.00 |
| 12 | COMENITY BANK/KINGSIZE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | COMENITY BANK/KINGSIZE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK | 33 | $3,495.57 | $993.41 | $2,502.16 | $0.00 |
| 15 | DISCOVER FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | GREENVILLE, SC 29601 | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | JPMORGAN CHASE BANK, N.A. | 33 | $3,417.22 | $971.15 | $2,446.07 | $0.00 |
| 18 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | M & T BANK | 24 | $443.76 | $443.76 | $0.00 | $0.00 |
| 21 | M & T BANK | 33 | $4,448.70 | $1,264.29 | $3,184.41 | $0.00 |
| 22 | M&T BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,379.41 | $392.02 | $987.39 | $0.00 |
| 25 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $4,336.53 | $1,232.41 | $3,104.12 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | PETROL HOME SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | PNC BANK, N.A. | 33 | $11,078.27 | $3,148.36 | $7,929.91 | $0.00 |
| 28 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,012.60 | $1,140.35 | $2,872.25 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,515.41 | $1,567.44 | $3,947.97 | $0.00 |
| 35 | TD BANK USA, N.A. | 33 | $6,649.78 | $1,889.82 | $4,759.96 | $0.00 |
| 36 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | TARGET | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | VIRTUA WEST JERSEY HEALTH SYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | MARCIA Y. PHILLIPS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | JPMORGAN CHASE BANK, N.A. | 33 | $686.72 | $195.16 | $491.56 | $0.00 |
| 43 | JEFFERSON HEALTH | 33 | $3,001.25 | $852.94 | $2,148.31 | $0.00 |
| 44 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $902.00 | $256.34 | $645.66 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2023 | 10.00 | $0.00 |
| 07/01/2024 | Paid to Date | $14,520.00 |
| 08/01/2024 | 36.00 | $1,320.00 |
| 08/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $17,160.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,188.00 |
| Arrearages: | ($1,320.00) |
| Attorney: | MARCIA Y. PHILLIPS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**